UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAMON ANDRE TWINE, | ) Case No. CV 05-5257-AHS(AJW) |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| K. MENDOZA-POWERS, Warden, | ) |
| Respondent. | ) |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: _____MAR 20 2008_____

Alicemarie H. Stotler
United States District Judge